1  **CHARLES J.S. WOODSON** (SBN 258791)
   Law Office of Charles Woodson
2  725 Washington Street
   Oakland, California 94607
3  Tel. 510) 302-8780
   Fax. (510) 228-0444
4

5  Counsel for Defendant
   **JOSEPH FIGLIA**
6

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No. 17-CR-496-HSG |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE DISPOSITION RE: SUPERVISED RELEASE** |
| v. | |
| **JOSEPH FIGLIA**, | Before Honorable Haywood S. Gilliam, Jr. U.S. District Court Judge |
| Defendant. | |

**IT IS HEREBY STIPULATED** by parties, and U.S. Probation is also in agreement, that the presently scheduled disposition regarding Mr. Joseph Figlia's Supervised Release for June 29, 2020 at 11:45 a.m. be continued to July 27, 2020 at 2:00 p.m.

Dated: June 17, 2020         s/ *Charles J.S. Woodson*
                             CHARLES J.S. WOODSON
                             Attorney for Defendant
                             JOSEPH FIGLIA

Dated: June 17, 2020         /s/ *CJSW per email authorization*
                             LEAH PAISNER
                             Special Assistant United States Attorney

1

# ORDER

**IT IS SO ORDERED** the disposition regarding defendant Joseph Figlia's Supervised Release on June 29, 2020 at 11:45 a.m. is continued to July 29, 2020 at 2:00 p.m.

Date: 6/18/2020

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

*USA v. Joseph Figlia*, Stipulation and Order Continuing Disposition Hearing, 17-cr-00496-HSG

2